(125 So. 926)

**Sam SKELTON v. STATE.** (8 Div. 52.)

Court of Appeals of Alabama. Jan. 13, 1930.

PER CURIAM. Appeal dismissed by appellant.

(120 So. 927)

**Frank SLATON v. STATE.** (8 Div. 642.)

Court of Appeals of Alabama. Feb. 5, 1929.

RICE, J. Appeal dismissed.

(122 So. 925)

**John SLEDGE v. STATE.** (8 Div. 761.)

Court of Appeals of Alabama. May 7, 1929.

Bradshaw & Barnett, of Florence, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. Under the whole evidence in this case, no question was presented for the determination of the jury, as there was no evidence tending to connect this appellant with the commission of the offense charged in the indictment.

This case is similar in many respects, so far as the facts are concerned, with the case of Guin v. State, 19 Ala. App. 67, 94 So. 788. Upon the authority of that case, and the case of Clayborne Lyles v. State, ante, p. 135, 122 So. 611, the judgment of conviction, from which this appeal was taken, is reversed, and the cause remanded.

Under the evidence the court should have given the affirmative charge, requested in writing and refused to defendant.

Reversed and remanded.

(122 So. 925)

**Alonzo SLOAN v. STATE.** (8 Div. 733.)

Court of Appeals of Alabama. May 21, 1929.

SAMFORD, J. Appeal dismissed.

(128 So. 925)

**Riley SMALLWOOD v. STATE.**

6 Div. 738.

Court of Appeals of Alabama.
May 13, 1930.

SAMFORD, J.
Affirmed.

(119 So. 925)

**George SMITH v. STATE.** (6 Div. 433.)

Court of Appeals of Alabama. Jan. 15, 1929.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted of murder in the second degree, and appeals. The exceptions presented by this record are elementary, and have many times been decided by this court. The rulings in each instance are without error, and, there being no error in the record, the judgment is affirmed.

Affirmed.

(125 So. 926)

**Huey SMITH v. STATE.** (6 Div. 565.)

Court of Appeals of Alabama. Dec. 10, 1929.

RICE, J. Appeal dismissed.